UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMY ZIELINSKI, on behalf of himself and
all others similarly situated,

              Plaintiff,

              -against-

NEW YORK STATE CORRECTIONAL
OFFICERS AND POLICE BENEVOLENT
ASSOCIATION, INC., et al.,

              Defendants.

1:25-CV-1776 (LLS)

ORDER

LOUIS L. STANTON, United States District Judge:

By order dated April 20, 2026, entered on April 24, 2026, and mailed to Plaintiff on April 27, 2026, the Court dismissed this action, but granted Plaintiff, who appears *pro se*, 30 days' leave to replead his claims in an amended complaint as specified in that order. (ECF 13.) The Court warned Plaintiff that, if he failed to file an amended complaint within the time allowed, the Court would direct the Clerk of Court to enter a judgment dismissing this action for the reasons set forth in that order. (*Id.*) On May 24, 2026, the Court received a letter from Plaintiff requesting a 60-day extension of time to file an amended complaint. (ECF 14.) The Court grants Plaintiff's request. The Court grants Plaintiff an additional 60 days from the date of this order to file an amended complaint as specified in the Court's April 20, 2026 order.

If Plaintiff does not file an amended complaint within the time allowed, the Court will direct the Clerk of Court to enter a judgment dismissing this action for the reasons set forth in the Court's April 20, 2026 order. The effect of that judgment will be as described in the Court's

April 20, 2026 order, which includes the Court declining to consider, under the Court's

supplemental jurisdiction, Plaintiff's claims under state law. *See* 28 U.S.C. § 1367(c)(3).

SO ORDERED.

Dated:    June 1, 2026
          New York, New York

_____
          Louis L. Stanton
          U.S.D.J.