UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEREMY ZIELINSKI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>NEW YORK STATE CORRECTIONAL OFFICERS AND POLICE BENEVOLENT ASSOCIATION, INC., et al.,<br><br>Defendants. | 1:25-CV-1776 (LLS)<br><br>ORDER |

LOUIS L. STANTON, United States District Judge:

By order dated April 20, 2026, entered on April 24, 2026, and mailed to Plaintiff on April 27, 2026, the Court dismissed this action, but granted Plaintiff, who appears *pro se*, 30 days' leave to replead his claims in an amended complaint, as specified in that order. (ECF 13.) The Court warned Plaintiff that, if he failed to file an amended complaint within the time allowed, the Court would direct the Clerk of Court to enter a judgment dismissing this action for the reasons set forth in that order. (*Id.*)

By order dated June 1, 2026, entered on June 3, 2026, and mailed to Plaintiff on June 4, 2026, the Court granted Plaintiff's request for a 60-day extension of time to file an amended complaint, as specified in the Court's April 20, 2026 order. (ECF 15.)

On August 1, 2026, the Court received a request from Plaintiff for another 30-day extension of time to file an amended complaint. (ECF 17.) The Court grants Plaintiff's latest request. The Court grants Plaintiff an additional 30 days from the date of this order to file an amended complaint, as specified in the Court's April 20, 2026 order. If Plaintiff does not file an amended complaint within the time allowed, the Court will direct the Clerk of Court to enter a judgment dismissing this action for the reasons set forth in the Court's April 20, 2026 order. The

effect of that judgment will be as described in the Court's April 20, 2026 order, which includes the Court declining to consider, under the Court's supplemental jurisdiction, Plaintiff's claims under state law. *See* 28 U.S.C. § 1367(c)(3).

No further extensions of time will be granted.

SO ORDERED.

Dated: August 5, 2026
New York, New York

Louis L. Stanton

Louis L. Stanton
U.S.D.J.